# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

## Captain ANDREW J. BRILLA
### United States Air Force

## ACM 38418

## 13 August 2014

Sentence adjudged 3 June 2013 by GCM convened at Ramstein Air Base, Germany. Military Judge: Dawn R. Eflein (sitting alone).

Approved Sentence: Dismissal and confinement for 18 months.

Appellate Counsel for the Appellant: Captain Thomas A. Smith.

Appellate Counsel for the United States: Colonel Don M. Christensen; Major Roberto Ramirez; and Mr. Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court